# EXHIBIT A

Case 1:14-cv-03155-RMP    Document 1-1    Filed 10/17/14

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

MAR 07 2011

**Registration Number**

**VAu 1-055-316**

Effective date of registration:

January 10, 2011

## Title
**Title of Work:** Sunspots Images 02/24/10 - 12/01/10

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** Sunspots
  **Author Created:** photograph(s), 2-D artwork

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Sunspots
PO Box 21305, Seattle, WA, 98111, United States

## Rights and Permissions
**Name:** Ron Lee
**Email:** info@sunspots.info    **Telephone:** 206-628-8989

## Certification
**Name:** Joseph Romain
**Date:** December 1, 2010

**Registration #:** VAU001055316
**Service Request #:** 1-527238051



Sunspots
Joseph Romain
PO Box 21305
Seattle, WA 98111  United States